United States District Court
Southern District of Texas
**ENTERED**
April 18, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| RAUDEL GONZALEZ, ET AL., | § § | |
| Plaintiffs, | § | |
| v. | § § | Case No. 5:16-cv-267 |
| DPS TRANSPORT@ SA DE CV, MARTIN SANHEZ VALDIVIA, | § § § | |
| Defendants. | § § | |

## ORDER

Pending before the Court is Magistrate Judge J. Scott Hacker's Report and Recommendation to approve the parties' proposed settlement agreement as it relates to the minor plaintiffs. (Dkt. 15). No party has objected to the Report and Recommendation.

After reviewing the Report and the Settlement, the Court finds the global settlement to be fair and in the minor plaintiffs' best interests. The Court ACCEPTS the findings and recommendations of the Report and APPROVES the settlement.

DONE at Laredo, Texas, this 17th day of April, 2017.

_____
George P. Kazen
Senior United States District Judge